**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 6, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00592-CV

---

### IN RE PHILLIPS 66 COMPANY, ET AL., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-42198**

---

## MEMORANDUM OPINION

On July 20, 2018, relators Phillips 66 Company, Phillips 66 Partners Holdings, LLC, Phillips 66 Partners, LP, Phillips 66 Partners GP LLC, and Phillips 66 Pipeline, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Kristen Hawkins, presiding judge of

the 11th District Court of Harris County, to vacate her July 6, 2018 order denying relators' motions to dismiss.

With certain exceptions not applicable here, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relators have not shown that the trial court clearly abused its discretion. We therefore deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Brown and Jewell.